UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUPAC, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>STATE FARM INSURANCE COMPANY, et al.,<br><br>                              Defendants. | Case No.:  26-cv-02011-AJB-MSB<br><br>**ORDER** |

On March 30, 2026, Defendant State Farm Insurance Company ("State Farm") removed the instant action to federal court. (Doc. No. 1.) On April 13, 2026, the Court ordered State Farm to show cause why the Court should not enter default against State Farm for failing to submit a responsive filing to Plaintiffs Robert Cupac's and Lidwina Cupac's (collectively, "Plaintiffs") complaint. (Doc. No. 4.) The Court stated that "[i]f State Farm submits a responsive filing on or before April 17, 2026, the Court will discharge this Order [to Show Cause] and vacate the [corresponding] hearing." (*Id.*)

On April 16, 2026, State Farm filed an answer to Plaintiffs' complaint. (Doc. No. 6.)

In light of State Farm's filing, the April 13, 2026 Order to Show Cause is **DISCHARGED** and the April 30, 2026 hearing is **VACATED**.

26-cv-02011-AJB-MSB

Additionally, State Farm has filed a notice of attorney withdrawal indicating that attorney Joseph A. Gonnella will no longer serve as counsel on the matter. (Doc. No. 6.) However, attorneys Albert K. Alikin, Sander Alvarez, and Alexander L. Tang will continue representing State Farm in this matter. (*Id.*) Good cause appearing, the Clerk of Court is **DIRECTED** to terminate Mr. Gonnella's appearance as counsel for State Farm. *See* CivLR 83.3.f.3.

**IT IS SO ORDERED**.

Dated:  April 16, 2026

_____
Hon. Anthony J. Battaglia
United States District Judge

26-cv-02011-AJB-MSB